**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| DANIEL GARRISON, )<br>)<br>Plaintiff )<br>) **Case No.: 3:12-cv-00140 SRU**<br>v )<br>)<br>PORTFOLIO RECOVERY ASSOCIATES, )<br>LLC, )<br>)<br>Defendant | |

### STIPULATION FOR DISMISSAL TO VOLUNTARILY DISMISS THIS ACTION WITH PREJUDICE AGAINST DEFENDANT

Now comes the Plaintiff, Daniel Garrison, by his attorney, Angela K. Troccoli, Esquire, hereby stipulates and agrees that the action filed against the Defendant, Portfolio Recovery Assoc., LLC, be Dismissed, with prejudice, each party to bear their own attorneys fees and with all rights of appeal waived.

DANIEL GARRISON,

By his Attorney,

*/s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire, Id# ct28597
Kimmel & Silverman, PC
*The New England Office*
136 Main St., Suite 301
Danielson, CT 06239
(860) 866-4380- direct dial
(860) 263-0919- facsimile
**atroccoli@creditlaw.com**

Dated: April 30, 2012

1

**CERTIFICATE OF SERVICE**

I, Angela K. Troccoli, Esquire, hereby certify that I have this 30th day of April 2012 a copy of the foregoing was filed electronically and served by email on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

PORTFOLIO RECOVERY ASSOC., LLC,
Sharina T. Romano
140 Corporate Blvd
Norfolk, VA 23502
(757) 519-9300
stromano@portfoliorecovery.com

 /s/ Angela K. Troccoli
Angela K. Troccoli, Esquire, Id# ct28597